UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 JUL 26 PM 3:48

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| THE CHARTER OAK FIRE INS. CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 05-2428-Ma/P |
| | ) | |
| BROAN NUTONE, LLC, | ) | |
| | ) | |
| Defendant. | ) | JULY 21, 2005 |

## ~~JOINT PROPOSED~~ SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held telephonically on July 20, 2005. Participating were Brian P. Henry, counsel for the plaintiff, and Edward M. Bearman, counsel for the defendant. At the conference, the following dates were established as final dates for:

| | |
|---|---|
| INITIAL DISCLOSURES PURSUANT TO Fed. R. Civ. P. 26(a)(1): | August 11, 2005 |
| JOINING PARTIES: | September 30, 2005 |
| AMENDING PLEADINGS: | September 30, 2005 |
| INITIAL MOTIONS TO DISMISS: | October 31, 2005 |
| COMPLETING ALL DISCOVERY: | April 30, 2006 |
|     (a) DOCUMENT PRODUCTION | April 30, 2006 |
|     (b) DEPOSITIONS, INTERROGATORIES, AND REQUESTS FOR ADMISSION: | April 30, 2006 |

(c)     EXPERT WITNESS DISCLOSURE (Rule 26):

| | | |
|---|---|---|
| (1) | DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: | February 28, 2006 |
| (2) | DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: | March 31, 2006 |
| (3) | EXPERT WITNESS DEPOSITIONS: | April 30, 2006 |

FINAL DISPOSITIVE MOTIONS:     May 31, 2006

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for a **jury** trial. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge. *It is anticipated the trial will last 4-5 days.*

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed Order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties **have not** consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

/s/ Tu M. Pham

Tu M. Pham
United States Magistrate Judge

Date: July 26, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CV-02428 was distributed by fax, mail, or direct printing on July 27, 2005 to the parties listed.

---

Joseph Bree Burns
ROME MCGUIGAN SABANOSH
One State St.
13th Floor
Hartford, CT 06103--310

Brian P. Henry
TEDFORD & HENRY
750 Main St.
Ste. 510
Hartford, CT 06103

Honorable Samuel Mays
US DISTRICT COURT