IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ℓ𝜑 D.C.

05 AUG -5 PM 1:38

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

THE CHARTER OAK FIRE INSURANCE CO.,
a/s/o WEST TENNESSEE COMMUNICATIONS,

    Plaintiff,

VS.                              NO. 05-2428-MaP

BROAN-NUTONE, LLC,

    Defendant.

---

ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

---

Before the court is the July 20, 2005, motion for admission *pro hac vice* of Brian P. Henry. Mr. Henry is a member in good standing of the bar of the state of Connecticut and is admitted to practice before the highest courts of Connecticut. Mr. Henry has obtained and is familiar with the local rules and professional guidelines of this court. For good cause shown, the motion is granted and Brian P. Henry is admitted to participate in this action as counsel for plaintiff.

    It is so ORDERED this 5th day of August, 2005.

                                        SAMUEL H. MAYS, JR.
                                        UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8-8-05

20

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:05-CV-02428 was distributed by fax, mail, or direct printing on August 8, 2005 to the parties listed.

---

Joseph L. Broy
CASTLE & ASSOCIATES
3100 Walnut Grove
Ste. 610
Memphis, TN 38111

Brian P. Henry
TEDFORD & HENRY
750 Main St.
Ste. 510
Hartford, CT 06103

Joseph Bree Burns
ROME MCGUIGAN SABANOSH
One State St.
13th Floor
Hartford, CT 06103--310

Honorable Samuel Mays
US DISTRICT COURT