IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

THE CHARTER OAK FIRE INSURANCE
COMPANY a/s/o West Tennessee Communications,

    Plaintiff,

VS.                              NO. 05-2428-MaP

BROAN NUTONE, LLC,

    Defendant.

---

ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

---

Before the court is the August 9, 2005, motion for admission *pro hac vice* of Patrick J. Hodan. Mr. Hodan is a member in good standing of the bar of the state of Wisconsin and is admitted to practice before the United States District Court for the Eastern Districts of Wisconsin, and the United States Court of Appeals for the Seventh Circuit. Mr. Hodan has obtained and is familiar with the local rules and professional guidelines of this court. For good cause shown, the motion is granted and Patrick J. Hodan is admitted to participate in this action as co-counsel for defendant Broan Nutone, LLC.

It is so ORDERED this 18th day of August, 2005.

                                    SAMUEL H. MAYS, JR.
                                    UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-24-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:05-CV-02428 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Patrick J. Hodan
REINHART BOERNER VAN DEUREN S.C.
1000 North Water Street
Ste. 2100
Milwaukee, WI 53202

Brian P. Henry
TEDFORD & HENRY
750 Main St.
Ste. 510
Hartford, CT 06103

Joseph Bree Burns
ROME MCGUIGAN SABANOSH
One State St.
13th Floor
Hartford, CT 06103--310

Joseph L. Broy
CASTLE & ASSOCIATES
3100 Walnut Grove
Ste. 610
Memphis, TN 38111

Honorable Samuel Mays
US DISTRICT COURT