IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| THE CHARTER OAK FIRE INS. CO. a/k/a WEST TENNESSEE COMMUNICATIONS, | ) ) ) ) ) |  |
| Plaintiff, | ) ) |  |
| vs. | ) ) | Case No: <u>05-2428-Ma/P</u> |
| BROAN NUTONE, LLC, | ) ) ) |  |
| Defendant. | ) ) |  |

**ORDER GRANTING PERMISSION TO FILE SECOND AMENDED COMPLAINT**

Before the court is plaintiff's Motion for Permission to File Second Amended Complaint, filed September 9, 2005.  For good cause shown, and the defendant having no opposition thereto, plaintiff's Motion to File Second Amended Complaint is hereby GRANTED.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

September 12, 2005
_____
Date

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  9-14-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:05-CV-02428 was distributed by fax, mail, or direct printing on September 14, 2005 to the parties listed.

---

Edward M. Bearman
BRANSON & BEARMAN
780 Ridge Lake Blvd.
Ste. 202
Memphis, TN 38120

Brian P. Henry
TEDFORD & HENRY
750 Main St.
Ste. 510
Hartford, CT 06103

Joseph Bree Burns
ROME MCGUIGAN SABANOSH
One State St.
13th Floor
Hartford, CT 06103--310

Patrick J. Hodan
REINHART BOERNER VAN DEUREN S.C.
1000 North Water Street
Ste. 2100
Milwaukee, WI 53202

Joseph L. Broy
CASTLE & ASSOCIATES
3100 Walnut Grove
Ste. 610
Memphis, TN 38111

Honorable Samuel Mays
US DISTRICT COURT