IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 NOV -4  AM 10: 49

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF MEMPHIS

---

THE CHARTER OAK FIRE INS. CO.,
a/s/o West Tennessee Communications,

    Plaintiff,

VS.     NO. 05-2428-Ma

BROAN NUTONE, LLC,

    Defendant.

---

ORDER GRANTING MOTION TO WITHDRAW AND SUBSTITUTION OF COUNSEL

---

Before the court is the October 27, 2005, motion of Joseph B. Burns and the law firm of Rome McGuigan Sabanosh, P.C., to withdraw as counsel for Broan Nutone, LLC.  For good cause shown, the firm of Rome McGuigan Sabanosh, P.C. and Joseph B. Burns are allowed to withdraw.

Patrick J. Hodan has been granted permission to appear *pro hac vice* on behalf of Broan Nutone, LLC, and will represent Broan Nutone, LLC.  Local counsel for the defendant is Edward M. Bearman.

It is so ORDERED this 3d day of November, 2005.

                                     SAMUEL H. MAYS, JR.
                                     UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-8-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 2:05-CV-02428 was distributed by fax, mail, or direct printing on November 8, 2005 to the parties listed.

---

Edward M. Bearman
BRANSON & BEARMAN
780 Ridge Lake Blvd.
Ste. 202
Memphis, TN 38120

Brian P. Henry
TEDFORD & HENRY
750 Main St.
Ste. 510
Hartford, CT 06103

Joseph Bree Burns
ROME MCGUIGAN SABANOSH
One State St.
13th Floor
Hartford, CT 06103--310

Patrick J. Hodan
REINHART BOERNER VAN DEUREN S.C.
1000 North Water Street
Ste. 2100
Milwaukee, WI 53202

Joseph L. Broy
WALKER LAW OFFICE
6750 Poplar
Ste. 412
Memphis, TN 38138

Honorable Samuel Mays
US DISTRICT COURT