IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ey D.C.

05 NOV -8 PM 2:58

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| THE CHARTER OAK FIRE INS. CO., a/s/o West Tennessee Communications, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civ. No. <u>05-2428-Ma/P</u> |
| BROAN NUTONE, LLC, | ) ) ) | |
| Defendant. | ) ) ) | |

ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S
MOTION TO WITHDRAW APPEARANCE

Before the court is defendant's Motion to Withdraw Appearance, filed October 27, 2005 (Dkt #33). Local Rule 7.2 requires that

> "[a]ll motions . . . shall be accompanied by a certificate of counsel . . . affirming that, after consultation between the parties to the controversy, they are unable to reach an accord as to all issues or that all other parties are in agreement with the action requested by the motion." Local Rule 7.2(a)(1)(B). Failure to file a Rule 7.2 certificate "may be deemed good grounds for denying the motion." Id.

Therefore, defendant's motion is DENIED, without prejudice.

Defendant may renew its motion by refiling it with a certificate of consultation in compliance with Local Rule 7.2.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

This document entered on the docket sheet in compliance
Rule 58 and/or 79(a) FRCP on <u>11-14-05</u>   Date: <u>November 7, 2005</u>

36

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:05-CV-02428 was distributed by fax, mail, or direct printing on November 14, 2005 to the parties listed.

---

Patrick J. Hodan
REINHART BOERNER VAN DEUREN S.C.
1000 North Water Street
Ste. 2100
Milwaukee, WI 53202

Joseph L. Broy
WALKER LAW OFFICE
6750 Poplar
Ste. 412
Memphis, TN 38138

Brian P. Henry
TEDFORD & HENRY
750 Main St.
Ste. 510
Hartford, CT 06103

Edward M. Bearman
BRANSON & BEARMAN
780 Ridge Lake Blvd.
Ste. 202
Memphis, TN 38120

Joseph Bree Burns
ROME MCGUIGAN SABANOSH
One State St.
13th Floor
Hartford, CT 06103--310

Honorable Samuel Mays
US DISTRICT COURT