IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

THE CHARTER OAK FIRE INS. CO., a/s/o
WEST TENNESSEE COMMUNICATIONS,

    Plaintiff,

VS.                                     NO. 05-2428-MaP

BROAN NUTONE, LLC,

    Defendant.

---

ORDER GRANTING MOTION FOR ADDITIONAL TIME TO RESPOND

---

Before the court is the plaintiff's December 27, 2005, motion requesting an extension of time within which to file a response to the defendant's motion for summary judgment. For good cause shown, the motion is granted. The plaintiff shall have an additional thirty (30) days in which to file a response to the motion for summary judgment.

It is so ORDERED this 28th day of December, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-30-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 2:05-CV-02428 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

Patrick J. Hodan
REINHART BOERNER VAN DEUREN S.C.
1000 North Water Street
Ste. 2100
Milwaukee, WI 53202

Edward M. Bearman
BRANSON & BEARMAN
780 Ridge Lake Blvd.
Ste. 202
Memphis, TN 38120

Brian P. Henry
TEDFORD & HENRY
750 Main St.
Ste. 510
Hartford, CT 06103

Joseph L. Broy
WALKER LAW OFFICE
6750 Poplar
Ste. 412
Memphis, TN 38138

Honorable Samuel Mays
US DISTRICT COURT